# Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern** District of **AL** (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: Simplicity Caterers

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names: Stephanie L. Lanier / Simplicity Caterers

3. **Debtor's federal Employer Identification Number (EIN)**: 46-1890065

4. **Debtor's address**

   **Principal place of business**
   500 7th St.
   Number  Street
   Smyrna NG Dining Hall
   Smyrna    AL    35763
   City      State  ZIP Code
   Rutherford
   County
   *Rutherford

   **Mailing address, if different from principal place of business**
   7007 Southgate DR. SE
   Number  Street
   P.O. Box
   Owens Cross Roads, AL 35763
   City      State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   N/A
   Number  Street
   ___
   ___
   City    State   ZIP Code

5. **Debtor's website (URL)**: None

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Simplicity Caterers** Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    _ _ _ _

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

       ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When _____ MM / DD / YYYY  Case number _____
            District _____  When _____ MM / DD / YYYY  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____ MM / DD / YYYY
            Case number, if known _____

Debtor **Simplicity Caterers**　　Case number (if known) _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　　Number　　Street

    _____
    City　　　　　　　　　　　　　State　　ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
    　　　Contact name _____
    　　　Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49　　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
    ☐ 50-99　　　　☐ 5,001-10,000　　☐ 50,001-100,000
    ☐ 100-199　　　☐ 10,001-25,000　　☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☑ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　 ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million　　☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor **Simplicity Caterers**　　　Case number (if known) _____
　　　　Name

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ☒ I have been authorized to file this petition on behalf of the debtor.

    ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **04 / 13 / 2019**
    　　　　　　　　MM / DD / YYYY

    X _/s/ Stephanie Lanier_　　　　**Stephanie Lanier**
    Signature of authorized representative of debtor　　Printed name

    Title _____**Owner**_____

18. **Signature of attorney**

    X _____　　Date _____
    Signature of attorney for debtor　　　　　　　MM / DD / YYYY

    _____
    Printed name

    _____
    Firm name

    _____
    Number　　Street

    _____
    City　　　　　　　　　State　　ZIP Code

    _____
    Contact phone　　　　　　　Email address

    _____
    Bar number　　　　　　　　State